ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/26/2015 11:09:59 AM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
SIXTH APPELLATE DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/26/2015 11:09:59 AM

DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| MARK J. MUELLER | § | |
| Appellant | § | |
| | § | |
| v. | § | CAUSE NO. 06-14-00100-CV |
| | § | |
| JAMES H. DAVIS, INDIVIDUALLY | § | |
| AND  D/B/A JD MINERALS AND | § | |
| JDMI, LLC | § | |
| Appellee | | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGES OF SAID COURT:

**Appellees, James H. Davis, Individually and d/b/a JD Minerals and JDMI, LLC** requests that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon their attorneys of record, Douglas D. McLallen, Sr. and their co-counsel, Marshall C. Wood as follows:

**Douglas D. McLallen, Sr.**
ANDERSON LEHRMAN BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
Fax (361) 884-1286
Email: dmclallen@albmlaw.com

**Marshall C. Wood**
Norton & Wood, LLP
315 Main Street
Post Office Box 1808
Texarkana, Texas 75504
Fax (903) 823-1325
Email: marshall@nortonandwood.com

This request encompasses all notices, including but not limited to notices of any order, motions, demands, complaints, petitions, briefs, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail or otherwise, which affect or seek to affect this case.

Respectfully submitted,

*/s/ Douglas D. McLallen, Sr.*
Douglas D. McLallen, Sr.
State Bar No. 00788025
ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
(361) 884-4981
FAX: (361) 884-1286
EMAIL: dmclallen@albmlaw.com

*/s/ Marshall C. Wood*
Marshall C. Wood
State Bar No. 00797690
NORTON & WOOD, LLP
315 Main Street
Post Office Box 1808
Texarkana, Texas 75504
(903) 823-1321
Fax (903) 823-1325
Email: marshall@nortonandwood.com

*Attorneys-in-Charge for*
*James H. Davis, Individually and d/b/a JD Minerals and*
*JDMI, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, a true and correct copy of the foregoing was served on the following:

Mr. Bob Whitehurst                                  *Via Email:* **whitehurstlawfirm@yahoo.com**
Whitehurst & Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703


/s/ *Douglas D. McLallen, Sr.*
Douglas D. McLallen, Sr.